IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-09-029 |
| | § | |
| SUZANNE VOELKER, *et al.* | § | |

**O R D E R**

The government filed a motion to certify the case as complex and a request for an amended scheduling and docket control order. (Docket Entry No. 205). The motion to certify as a complex case is GRANTED. The court also finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | April 30, 2010 |
| Responses to be filed by: | May 14, 2010 |
| Pretrial conference is reset to**:** | **May 19, 2010, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **May 24, 2010, at 9:00 a.m.** |

SIGNED on December 9, 2009, at Houston, Texas.

Lee H. Rosenthal
United States District Judge