IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-09-029-3 |
| § | H-10-562-9 |
| AARON DALE ROBINSON § | |

**O R D E R**

Defendant Robinson filed an unopposed motion for continuance of the sentencing hearing (Docket Entry No. 425). The motion for continuance is GRANTED. The sentencing hearing is reset to **June 29, 2011 at 9:00 a.m.** Objections to the presentence report are due by June 14, 2011.

SIGNED on April 14, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge