IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-09-029 |
| | § | |
| AARON DALE ROBINSON | § | |
| CRISTHIAN TOWNSEND | § | |
| GERARDO VILLEGAS | § | |
| MARLON HARRELL | § | |
| WILLIAM JOSEPH STONE | § | |

**O R D E R**

The government filed an unopposed motion for continuance of the sentencing hearings (Docket Entry No. 501). The motion for continuance is GRANTED. The sentencing hearing is reset to **August 18, 2011 at 2:00 p.m.**

SIGNED on June 7, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge