IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § |
| VS. | §  CRIMINAL NO. H-09-029 § § |
| AARON DALE ROBINSON<br>CRISTHIAN TOWNSEND<br>GERARDO VILLEGAS<br>MARLON HARRELL<br>WILLIAM JOSEPH STONE | § § § § § |

**O R D E R**

The government filed an unopposed motion for continuance of the sentencing hearings (Docket Entry No. 501). The motion for continuance is GRANTED. The sentencing hearing is reset to **August 18, 2011 at 2:00 p.m.**

SIGNED on June 7, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge